# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA
IN THE INTEREST OF R.V.

NO. 2022 KW 0375

**APRIL 27, 2022**

---

In Re:   R.V., applying for supervisory writs, City Court of
East St. Tammany, Parish of St. Tammany, No. 20-JP-
4944.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
DEPUTY CLERK OF COURT
FOR THE COURT